IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

KWANE DOZIER,     *

        Plaintiff,     *

v.     Case No. 5:23-cv-00418-MTT-CHW

    *

CENTRAL STATE PRISON, et al., 

    *

        Defendant.

_____     *

## **J U D G M E N T**

Pursuant to this Court's Order dated March 18, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 19th day of March, 2024.

                               David W. Bunt, Clerk

                               s/ Erin Pettigrew, Deputy Clerk