IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTSRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **KWANE DOZIER,** | : | |
| | : | |
| Plaintiff, | : | Case No.: 5:23-cv-418-MTT-CHW |
| | : | |
| v. | : | Proceedings under 42 U.S.C. § 1983 |
| | : | Before the U.S. Magistrate Judge |
| **CENTRAL STATE PRISON,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

This matter was dismissed without prejudice on March 19, 2024. (Docs. 33, 34). Plaintiff has continued to file documents in this case, including a motion for reconsideration, which the Court recently denied.[1] (Docs. 52, 54). Now pending before the Court is Plaintiff's motion for issuance of subpoenas, in which he requests that the Court direct the Georgia Department of Corrections to provide him radiological testing and produce certain medical records. (Doc. 56). Because this case has been dismissed and closed, Plaintiff's motion (Doc. 56) is **DISMISSED as moot**.

**SO ORDERED**, this 24th day of June, 2024.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

---

[1] Plaintiff has filed a second motion for reconsideration (Doc. 57), which is pending before the presiding District Judge.